No. 510. SUE PHILLIPS GATES *v.* MARYLAND CÁSUALTY COMPANY. October 22, 1923. Petition for a, writ of cer-- tiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Dallas V. Halverstadt* for petitioner. *Mr. William C. Prentiss* and *Mr. Walter L. Clark* for respondent.

No. 513. WENBOURNE-KARPEN DRYER COMPANY *v.* CUTLER DRY KILN COMPANY ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William R. Rummler* and *Mr. Joseph B. Cotton* for petitioner. *Mr. Drury W. Cooper* for respondents.

No. 514. TERRITORY OF ALASKA *v.* ANNETTE ISLAND PACKING COMPANY ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James Wickersham* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Harvey B. Cox* for respondents.

No. 515. HENRY L. BOGART ET AL. *v.* SOUTHERN PACIFIC COMPANY. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Spotswood B. Bowers* and *Mr. Dudley F. Phelps* for petitioners. *Mr. Arthur H. Van Brunt* and *Mr. Gordon M. Buck* for respondent.

No. 516. HENRY L. BOGART ET AL. *v.* SOUTHERN PACIFIC COMPANY. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sec-

ond Circuit denied. *Mr. Dudley F. Phelps* for petitioners. *Mr. Arthur H. Van Brunt* and *Mr. Gordon M. Buck* for respondent.

---

No. 523. JOSEPH F. DIERICKX *v.* JAMES C. DAVIS, FEDERAL AGENT, ETC. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Indiana denied. *Mr. David K. Tone* for petitioner. *Mr. Silas H. Strawn, Mr. J. Walter Dohany, Mr. John D. Black, Mr. John A. Gavit* and *Mr. Frank E. Robson* for respondent

---

No. 525. COMMERCIAL ELECTRICAL SUPPLY COMPANY *v.* W. L. CURTIS, RECEIVER, ETC., ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James B. McDonough* and *Mr. M. C. Early* for petitioner. *Mr. Thomas B. Pryor* and *Mr. Vincent M. Miles* for respondents.

---

No. 527. NICODEMUS B. HURR ET AL. *v.* EVERETT W. DAVIS ET AL. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. Robert C. Bell* for petitioners. No appearance for respondents.

---

No. 535. AMERICAN CHAIN COMPANY *v.* INTERSTATE IRON & STEEL COMPANY. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James M. Beck* and *Mr. Victor Elting* for petitioner. *Mr. Jacob Newman* and *Mr. Edward R. Johnston* for respondent.